Matter of Sosa- Marquez v New York State Dept. of Corr. & Community Supervision (2025 NY Slip Op 06952)

Matter of Sosa- Marquez v New York State Dept. of Corr. & Community Supervision

2025 NY Slip Op 06952

Decided on December 11, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 11, 2025

CV-25-0280
[*1]In the Matter of Manuel Sosa- Marquez, Petitioner,
v
New York State Department of Corrections and Community Supervision, Respondent.

Calendar Date:November 14, 2025

Before:Aarons, J.P., Reynolds Fitzgerald, Ceresia, McShan and Mackey, JJ.

Manuel Sosa-Marquez, Wallkill, petitioner pro se.
Letitia James, Attorney General, Albany (Kate H. Nepveu of counsel), for respondent.

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Ulster County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.
Determination confirmed. No opinion.
Aarons, J.P., Reynolds Fitzgerald, Ceresia, McShan and Mackey, JJ., concur.
ADJUDGED that the determination is confirmed, without costs, and petition dismissed.